**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02298-REB-BNB

JUDY C. ODOM,

      Plaintiff,

v.

TRAILHEAD LODGE AT WILDHORSE MEADOWS, LLC, a Colorado limited liability company, and
S&P DESTINATION PROPERTIES, INC., a Delaware corporation,

      Defendants.

**ORDER DISMISSING DEFENDANT
S&P DESTINATION PROPERTIES, INC., ONLY**

**Blackburn, J.**

The matter before me is the **Rule 41(a)(1)(A)(I) Notice of Dismissal of Plaintiff's Claims Against Defendant S&P Destination Properties, Inc., Without Prejudice** [#11] filed October 16, 2009. After careful review of the notice and the file, I conclude that the notice should be approved and that plaintiff's claims against defendant, S&P Destination Properties, Inc., should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Rule 41(a)(1)(A)(I) Notice of Dismissal of Plaintiff's Claims Against Defendant S&P Destination Properties, Inc., Without Prejudice** [#11] filed October 16, 2009, is **APPROVED**;

2. That plaintiff's claims against defendant, S&P Destination Properties, Inc., are **DISMISSED WITHOUT PREJUDICE**;

3.  That defendant, S&P Destination Properties, Inc., is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

Dated October 19, 2009, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge