IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02298-REB-BNB

JUDY C. ODOM,

Plaintiff,

v.

TRAILHEAD LODGE AT WILDHORSE MEADOWS, LLC, a Colorado limited liability company,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate Order Setting rule 16(b) Scheduling Conference and Rule 26(F) Planning Meeting** [docket no. 15, filed November 23, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART. The Scheduling Conference will be moved forward, but not delayed until after the Motion to Consolidate has been ruled on.

IT IS FURTHER ORDERED that the Scheduling Conference set for December 3, 2009, is **vacated and reset to January 4, 2010, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **December 28, 2009**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  November 24, 2009