IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02298-REB-BNB

JUDY C. ODOM,

Plaintiff,

v.

TRAILHEAD LODGE AT WILDHORSE MEADOWS, LLC, a Colorado limited liability company,

Defendant.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. Consistent with matters discussed at that conference:

IT IS ORDERED that on or before **January 22, 2010,** the parties shall submit a status report addressing the scheduling of a settlement conference, including a discussion of the advisability of setting a joint settlement conference in connection with this case and two related cases:  09-cv-02397-REB-KMT and 09-cv-02614-REB-KLM.

IT IS FURTHER ORDERED that on or before **January 11, 2010**, the parties shall contact the chambers of the district judge to obtain a trial date and final trial preparation conference date.

IT IS FURTHER ORDERED that a final pretrial conference will be held in this case on **August 20, 2010, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than August 13, 2010.  The parties

shall comply with the requirements of REB Civ. Practice Standards in connection with the preparation of the proposed Final Pretrial Order, and in particular with Parts III.D and IV.A.2 of those Practice Standards.

Dated January 4, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge