**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02298-REB-BNB

JUDY C. ODOM,

      Plaintiff,

v.

TRAILHEAD LODGE AT WILDHORSE MEADOWS, LLC, a Colorado limited liability company,

      Defendant.

## ORDER

**Blackburn, J.**

      The matter before me is the **Stipulation to Strike Jury Trial** [#26] filed January 20, 2010.  After careful review of the stipulation and the file,

      **IT IS ORDERED** as follows:

      1.  That the **Stipulation to Strike Jury Trial** [#26] filed January 20, 2010, is **APPROVED**;

      2.  That the jury trial is **CONVERTED** to a trial to the court; and

      3.  That the extant **Trial Preparation Conference Order** [#25] entered January 11, 2010, is **MODIFIED** accordingly.

      Dated January 20, 2010, at Denver, Colorado.

                                    BY THE COURT:

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge