IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02298-REB-BNB

JUDY C. ODOM,

Plaintiff,

v.

TRAILHEAD LODGE AT WILDHORSE MEADOWS, LLC, a Colorado limited liability company,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to File Second Amended Complaint** [docket no. 29, filed February 1, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the tendered Second Amended Complaint (docket no. 33) for filing, and to note that the caption is to be amended to add the additional defendant as indicated on the Amended Complaint.

DATED:  February 3, 2010