## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 09-cv-02298-REB-BNB

JUDY C. ODOM,

       Plaintiffs,

v.

TRAILHEAD LODGE AT WILDHORSE MEADOWS, LLC, a Colorado limited liability company; and
S & P DESTINATION PROPERTIES, INC., a Delaware corporation,

       Defendants.

---

## ORDER DENYING MOTION TO CONSOLIDATE

---

**Blackburn, J.**

    This matter is before me on defendant Trailhead Lodge at Wildhorse Meadows, LLC's **Partially Unopposed Motion To Consolidate** [#14][1] filed November 23, 2009. The plaintiffs in Civil Action No. 09-cv-02614-REB-KLM, a case which the defendant seeks to have consolidated with the above-captioned case, filed in Civil Action No. 09-cv-02614-REB-KLM a response [#9] to the motion to consolidate. The defendant seeks also to consolidate Civil Action No. 09-cv-02397-REB-KMT with the above-captioned case. The defendant filed a reply [#19] in the above-captioned case.

    Under FED. R. CIV. P. 42(a), the court may consolidate cases involving common questions of law or fact. Although the three cases in question do have some issues of fact and law in common, I conclude that those common issues are not predominant among the three cases. I conclude also that consolidation of these cases, as proposed

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

by the defendant, would not create substantial efficiencies in the administration of these cases.

THEREFORE, IT IS ORDERED that defendant Trailhead Lodge at Wildhorse Meadows, LLC's **Partially Unopposed Motion To Consolidate** [#14] filed November 23, 2009, is **DENIED**.

Dated May 24, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackbum
United States District Judge