# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 09-cv-02298-REB-BNB

JUDY C. ODOM,

    Plaintiff and Counterclaim Defendant,

v.

TRAILHEAD LODGE AT WILDHORSE MEADOWS, LLC, a Colorado limited liability company,

    Defendant and Counterclaim Plaintiff,

v.

RP STEAMBOAT SPRINGS, LLC, a Delaware limited liability company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal** [#47] filed June 8, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal** [#47] filed June 8, 2010, is **APPROVED**;

    2. That the Trial Preparation Conference set for November 12, 2010, is **VACATED**;

    3. That the trial to the court set for November 29, 2010, is **VACATED**;

    4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 9, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge